IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

KENYA TEASLEY,                              )
               Plaintiff,        )
                                            )
v.                                          )         1:23-CV-197
                                            )
DAVID HOKE, AUDREY TURNLEY,                 )
and JUDGE ORLANDO HUDSON,                   )
                                            )
               Defendants.       )

## ORDER AND JUDGMENT

The United States Magistrate Judge filed a memorandum opinion and recommendation in accordance with 28 U.S.C. § 636(b), Doc. 14, and the Clerk served the recommendation on the parties. Doc. 15. The plaintiff, Kenya Teasley, filed an objection to the recommendation that did not specifically address the reasoning or conclusions of the Magistrate Judge. *See generally* Doc. 16. Instead, Ms. Teasley complained about how long the Magistrate Judge took to issue the recommendation, referred to Federal Rule of Civil Procedure 12(b)(6) in general terms, and made personal, scurrilous, and irrelevant comments about the Magistrate Judge. *See id.* at 1–3.

The Magistrate Judge, who has other judicial duties beyond this case, took the time needed to write a thoughtful, thorough memorandum opinion and recommendation clearly explaining the law and the basis for his recommendation. Nothing in the objections undermines the Magistrate Judge's analysis. As the Magistrate Judge explained, Ms. Teasley has not made a facial showing of standing, and she has failed to allege any facts that plausibly state a claim against the defendants. *See* Doc. 14 at 6–12. Ms. Teasley has not addressed the Magistrate Judge's substantive discussion or identified any law contrary

to the law discussed by the Magistrate Judge. After *de novo* consideration of the portions of the Magistrate Judge's report to which objections were made, the Court agrees with and hereby adopts the Magistrate Judge's recommendation.

As explained recently by another judge in this district:

> Litigants are entitled to disagree with a court's decision, and no doubt courts make mistakes – that is why, in part, we have appellate review. But it is a "time honored notion that the law and the courts of the United States are important parts of American society worthy of respect." *Theriault v. Silber*, 579 F.2d 302, 303 (5th Cir. 1978) (dismissing appeal for "vile and insulting references to the trial judge"). Plaintiff must conduct himself uprightly with respect for the judicial process, even when he disagrees with a ruling. Cases are to be argued on their merits, and they will be decided on their merits. Attacking the judicial officer – here the United States Magistrate Judge – is wholly unacceptable and will not be tolerated.

*Mitchell v. Seagraze*, No. 22-CV-224, 2022 WL 1160405, at *1 (M.D.N.C. Apr. 7, 2022). These rules apply to all litigants, including the plaintiff here. Ms. Teasley is warned that there may be consequences if she persists in filing further personal attacks on the Magistrate Judge or any judicial officer of the federal courts.

It is **ORDERED AND ADJUDGED** that the defendants' motion to dismiss, Doc. 7, is **GRANTED** without prejudice for lack of subject matter jurisdiction and, in the alternative, for failure to state a claim. This action is **DISMISSED**, and the plaintiff is **WARNED** that further personal attacks on a magistrate judge or any judicial officer may result in dismissal of claims or cases or other appropriate sanction.

This the 19th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE